1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
COURTNEY STRANGE
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
courtney.strange@usdoj.gov
*Attorneys for the United States of America*

FILED.

DATED: 1:15 pm, September 13, 2024

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER LEE AVIST, <br><br> Defendant. | Case No. 2:24-mj-00782-DJA <br><br> UNITED STATES' EX PARTE APPLICATION TO SEAL CRIMINAL COMPLAINT, WRIT OF HABEAS CORPUS AD PROSEQUENDUM, ARREST WARRANT AND APPLICATION |

The United States of America, by and through Jason M. Frierson, United States

Attorney for the District of Nevada, and Courtney Strange, Assistant United States

Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint,

Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and the

Court's Sealing Order in the above captioned matter until such time as this Court, or another

Court of competent jurisdiction, shall order otherwise.

It is necessary to seal the complaint and the related documents in this case because

they reveal information connected to ongoing investigations involving both the named

defendant and confederates. Public disclosure of the information contained in the complaint

may compromise ongoing investigations, risk the safety of victims and witnesses, alert

confederates to the existence of the investigations, and permit flight in order to avoid prosecution. Further, while the named defendant is currently held at the Clark County Detention Center, were he to be released prior to the service of the writ, necessitating an arrest on the requested warrant, his prior knowledge of the complaint and arrest warrant might pose risks to law enforcement officers executing that arrest.

To avoid premature exposure of ongoing investigations, protect the safety of victims and witnesses, and to facilitate defendant's arrest on the requested warrant, if necessary, the United States respectfully requests this Honorable Court grant the United States' motion to seal the Complaint, Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and the Court's Sealing Order in the above captioned matter in accordance with Local Rule IA 10-5 until further order of the Court.

Respectfully submitted this September 13, 2024.

JASON M. FRIERSON
United States Attorney


*/s/ Courtney Strange*
_____
COURTNEY STRANGE
Assistant United States Attorney

2

FILED.

DATED: 1:16 pm, September 13, 2024

U.S. MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00782-DJA |
| Plaintiff, | **SEALING ORDER** |
| vs. | |
| CHRISTOPHER LEE AVIST, | |
| Defendant. | |

Based on the United States' *ex parte* application, with good cause appearing therefore,

**IT IS ORDERED** that the Criminal Complaint, Arrest Warrant, Writ of *Habeas Corpus ad Prosequendum*, applications for each, and this Court's instant order in the above captioned matter are sealed in accordance with Local Rule IA 10-5 until further order of the Court.

**IT IS SO ORDERED** this September 13, 2024.



_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1